UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| CARRIE OLSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 3:15-CV-157-HBG |
| | ) |
| GOLDEN MATTRESS, INC., *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **JUDGMENT**

This case is before the undersigned pursuant to 28 U.S.C. § 636(c), Rule 73(b) of the Federal Rules of Civil Procedure, and the consent of the parties, for all further proceedings, including entry of judgment [Doc. 32].

For the reasons explained in the Memorandum Opinion filed contemporaneously with this Order, the Court hereby **GRANTS** the Motion for Summary Judgment [**Doc. 40**], filed by Golden Mattress Company, Inc., and Golden Pedic, Inc. The Plaintiff's claims against Golden Mattress Company, Inc., and Golden Pedic, Inc. are **DISMISSED**.

IT IS SO ORDERED.

ENTER:

_____
United States Magistrate Judge